IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARVELLE DESHAUN WOODARD,

Petitioner,

v.

Case No. 3:24-cv-02143-SPM

DANIEL SPROUL,

Respondent.

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Order entered on July 23, 2025 (Doc. 17), this action is **DISMISSED with prejudice**.

**DATED:** July 23, 2025

MONICA A. STUMP,
Clerk of Court

By: s/ *Jackie Muckensturm*
Deputy Clerk

APPROVED: s/ *Stephen P. McGlynn*
STEPHEN P. McGLYNN
U.S. District Judge